

Todd A. Spodek, Esq.
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

May 4, 2023

**REQUEST GRANTED.**
**The time for the defendant to secure the signatures of three financially responsible persons is extended to May 18, 2023.**

5/4/2023   SO ORDERED.
LEWIS J. LIMAN
United States District Judge

**BY ECF**:

Hon. Lewis J. Liman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse - Courtroom 15C
500 Pearl St.
New York, NY 10007-1312

    RE:    United States v. Danielle Siegel
             Case No.: 1:23-CR-00207-1 (LJL)
             <u>Letter Motion Seeking Additional Time regarding Financially Responsible Persons</u>

Dear Judge Liman:

    Please be advised I represent **Danielle Siegel** in the above captioned action.

    Ms. Siegel is currently subject to release conditions as per the <u>April 20, 2023</u> appearance bond (ECF No.: 5). Among the conditions of the appearance bond was that the bond be signed by two (2) financially responsible persons by today, <u>May 4, 2023</u>. Ms. Siegel's parents, Jack and Sharon Siegel, agreed to sign as financially responsible persons; they have been interviewed by the U.S. Attorney's office.

    However, as both Mr. and Mrs. Siegel are outside the country (both are U.S. citizens and they maintain a U.S. bank account), the U.S. Attorney's office has said they will approve Mr. and Mrs. Siegel provided that Ms. Siegel's bond is signed by a third financially responsible person who is in the country. We respectfully submit this letter requesting an additional fourteen (14) days for Ms. Siegel to find a third financially responsible person, have all of the financially responsible persons approved, and have the bond signed.

    All other aspects of Ms. Siegel's appearance bond will remain unchanged.

    I have spoken with AUSA Smyser regarding this request, and her office has no objection to the additional requested time.

    If Your Honor has any questions, or concerns, I am available to address them. Please feel free to reach out to me by email, at ts@spodeklawgroup.com, or by phone at 347-292-8633.

Thank you in advance for your attention to this matter.

Sincerely,

**Spodek Law Group P.C.**
/s/ Todd A. Spodek
Todd A. Spodek

cc:   AUSA Madison Reddick Smyser (By ECF).