

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

June 7, 2023

**BY ECF**:

Hon. Lewis J. Liman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse - Courtroom 15C
500 Pearl St.
New York, NY 10007-1312

> **MEMO ENDORSEMENT.**
> The Court will hold a substitution of counsel hearing on June 16, 2023 at 2:00PM in Courtroom 15C to address this request.
>
> 6/13/2023    SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge

    RE:    United States v. Danielle Siegel
             Case No.: 1:23-CR-00207-1 (LJL)
             <u>Letter Motion Requesting Substitution of Counsel Hearing</u>

Dear Judge Liman:

    Please be advised I represent **Danielle Siegel** in the above captioned action.

    In accordance with Local Criminal Rule 1.1 of the Southern District of New York (making Local Civil Rule 1.4 applicable in Criminal proceedings), the undersigned respectfully moves for a hearing and an order permitting Todd A. Spodek, and *Spodek Law Group, P.C.*, 85 Broad St., 18th Floor, New York, NY 10004, to withdraw as counsel of record for Ms. Siegel in this action.

    Differences have arisen between Counsel and Ms. Siegel regarding the best defense strategy going forward.

    As this case is in its relatively early stages, neither the Government nor Ms. Siegel will be prejudiced by counsel's withdrawal from this action.

    In accordance with Local Rule 1.4, a copy of this letter motion has been served upon Ms. Siegel, and AUSA Madison Smyser.

    Ms. Siegel requests that CJA Counsel be appointed on her behalf.

    Further, Ms. Siegel respectfully requests that the hearing be scheduled prior to <u>June 21, 2023</u>, as she plans to relocate to Texas (ECF No.:12). If the hearing is scheduled for after <u>June 21, 2023</u>, Ms. Siegel respectfully requests that she be permitted to participate in the hearing remotely.

Hon. Lewis J. Liman, *United States District Judge*
Page **2** of **2**

      If Your Honor has any questions, or concerns, I am available to address them. Please feel free to reach out to me by email at ts@spodeklawgroup.com, or by phone at 347-292-8633.

      Thank you in advance for your attention to this matter.

Sincerely,

**Spodek Law Group P.C.**
/s/ Todd A. Spodek
Todd A. Spodek

cc:    AUSA Madison Reddick Smyser (By ECF).
        Danielle Siegel (By Email).