UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                                                     **ORDER**

            -against-                                 23 Cr. 207 (LJL)

DANIELLE SIEGEL,

                                                Defendant.

------------------------------------------------------------------------ x

      Upon the application of defendant, DANIELLE SIEGEL, through her counsel Michael Hueston, Esq., and upon all proceedings previously herein, it is apparent that defendant DANIELLE SIEGEL, is financially unable to pay the expense of retaining the services of an Associate Counsel; it is hereby:

      ORDERED that pursuant to 18 U.S.C. 3006(A), that Gilbert Bayonne, Esq., is appointed in the above-captioned action as Associate Counsel, pursuant to the Southern District of New York's Criminal Justice Act Mentoring Program, to assist in the representation of defendant, DANIELLE SIEGEL.  As such, Gilbert Bayonne, Esq., will be compensated in accordance with the Criminal Justice Act at the rate of $103.00 per hour after providing 15 *pro bono* hours of service in the case.

Dated:      New York, New York
                     July 7, 2023

                                                                 THE HONORABLE LEWIS J. LIMAN
                                                                 United States District Judge