# MICHAEL HUESTON
## ATTORNEY AT LAW

| | |
|---|---|
| 16 COURT STREET | Tel: (718) 246-2900 |
| 35ᵀᴴ FLOOR | Fax: (718) 246-2903 |
| BROOKLYN, NEW YORK 11241 | Email: mhueston@nyc.rr.com |

July 21, 2023

**BY ECF**
The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 15C
New York, New York 10007

**REQUEST GRANTED.**
**The Court permits Ms. Siegel to appear remotely at the August 9 conference. Ms. Siegel is directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101 to access the hearing.**

7/21/2023

Re:  *United States v. Siegel*, 23 Cr. 207 (LJL)

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Your Honor:

I represent Ms. Danielle Siegel in the above-referenced case.

Regarding the parties' August 9, 2023, 12:00 p.m., conference, I request that Ms. Siegel, who resides in Texas, be permitted to appear remotely. She has minor children who live with her and travel to and from the district, for the conference, would be disruptive for her family. Further, she has been found to be indigent, needing assigned counsel. In addition, we anticipate that no substantive arguments will be made on the court date necessitating close interaction with counsel.

Ms. Siegel understands that she has a right to be present for the conference, and waives that right.

The government consents to this request.

I appreciate Your Honor's consideration of this request.

Respectfully,

/s/ Michael Hueston

cc:    Counsel of Record