```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/4/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                          :
:
       -v-                                                         :
:                    23-cr-207 (LJL)
DANIELLE SIEGEL,                                                   :
:                        ORDER
                         Defendant.                                :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Court will hold an evidentiary hearing on Defendant's motion to suppress, Dkt. No. 31, on January 24, 2024 at 10:30 A.M. in Courtroom 15C, 500 Pearl Street, New York, NY 10007.  The evidentiary hearing will be limited to testimony from one or both of the FBI agents ("Agent-1" and "Agent-2") who conducted the challenged trash covers on or about January 25 and February 1, 2022 regarding the circumstances of those searches.  *See* Dkt. No. 35 at 4.  The parties shall confer to decide whether testimony from one agent or both is warranted.

       SO ORDERED.

Dated: January 4, 2024
       New York, New York                              _____
                                                                  LEWIS J. LIMAN
                                                              United States District Judge