UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                    :
:
-v-                           :          23-CR-207 (LJL)
:
DANIELLE SIEGEL,                             :          ORDER
:
Defendant.              :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     The Court has received a letter in the mail from attorney Robert Ricci, Jr.  The Court has provided a copy of the letter to both parties.  Counsel is directed to inform the Court by no later than June 10, 2024, whether it objects to the letter and its attachments being publicly filed.  In the absence of objection, the Court will file the letter and its attachments publicly.

     SO ORDERED.

Dated: June 6, 2024
     New York, New York                    _____
                                    LEWIS J. LIMAN
                             United States District Judge