# MICHAEL HUESTON
### ATTORNEY AT LAW

| | |
|---|---|
| 16 COURT STREET | Tel: (718) 246-2900 |
| 35TH FLOOR | Fax: (718) 246-2903 |
| BROOKLYN, NEW YORK 11241 | Email: mhueston@nyc.rr.com |

June 11, 2024

**BY ECF**
The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 15C
New York, New York 10007

> REQUEST GRANTED.
> The Court approves the permanent modification to defendant Danielle Siegel's bond conditions as proposed. 6/11/2024 SO ORDERED.
> /s/ LEWIS J. LIMAN
> United States District Judge

Re: *United States v. Siegel*, 23 Cr. 207 (LJL)

Your Honor:

    I request that defendant Danielle Siegel's bond conditions be permanently modified to permit her to travel and stay, as needed and approved by Pretrial Services, in the District of New Jersey. Pretrial Services consents to this permanent modification, and the Government defers to Pretrial Services. All other bail conditions will remain in place.

    Ms. Siegel is presently subject to a $250,000 bond secured by two co-signers; travel restrictions to the Eastern and Southern Districts of New York, and the Western District of Texas (where she resides) with permission to travel to all points in between for court appearances, and additional conditions. *See* Doc. Nos. 5 and 12.

    The modification is necessary so Ms. Siegel can appear at her future criminal and family court proceedings in Nassau and Suffolk counties. After Ms. Siegel's plea hearing here, she was taken into custody, pursuant to New York State warrants. She has been released, but she is required to appear in those matters, including on June 14, 2024, in Nassau County. As her continued appearance is required, Ms. Siegel will need to travel from the Western District of Texas to the Eastern District of New York and stay in the District of New Jersey so she can appear in those cases. I have provided the address and contact information where Ms. Siegel will reside when she stays in New Jersey to the Government and Pretrial Services.

    Accordingly, we request that Ms. Siegel's bond conditions be modified to permit her to travel and stay temporarily, as needed and approved by Pretrial Services, in the District of New Jersey, in addition to her current conditions.

Respectfully,
/s/ Michael Hueston

cc: Counsel of Record
      Pretrial Services