# MICHAEL HUESTON
### ATTORNEY AT LAW

| | |
|---|---|
| 16 COURT STREET<br>35TH FLOOR<br>BROOKLYN, NEW YORK 11241 | Tel: (718) 246-2900<br>Fax: (718) 246-2903<br>Email:mh@michaelhueston.com |

August 22, 2024

**BY ECF**
The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 15C
New York, New York 10007

> REQUEST GRANTED.
> The Court approves the modification to Ms. Siegel's bond conditions to exchange Michelle Widdows for Michele Terzi as a surety.
> 8/23/2024   SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

Re:   *United States v. Siegel*, 23 Cr. 207 (LJL)

Your Honor:

    I request that defendant Danielle Siegel's bond conditions be permanently modified to exchange Michelle Widdows for Michele Terzi as a surety. The government and pretrial services consent to this permanent modification. All other bail conditions will remain in place.

    Ms. Siegel is presently subject to a $250,000 bond secured by three co-signers; travel restrictions to the Eastern and Southern Districts of New York, the District of New Jersey and the Western District of Texas (where she resides) with permission to travel to all points in between for court appearances, and additional conditions. *See* Doc. Nos. 5, 12, 48.

    Michelle Widdows is a friend of Ms. Siegel's and has agreed to replace Ms. Siegel's sister Michele Terzi. The government has interviewed Ms. Widdows, verifying that she is a financial responsible person. The modification is necessary because Ms. Terzi no longer wishes to be a surety.

    Accordingly, we request that Ms. Siegel's bond conditions be modified to exchange Michelle Widdows for Michele Terzi as a surety.

                                            Respectfully,

                                            /s/ Michael Hueston

cc:   Counsel of Record
      Pretrial Services