# MICHAEL HUESTON
### ATTORNEY AT LAW

| | |
|---|---|
| 16 COURT STREET | Tel: (718) 246-2900 |
| 35TH FLOOR | Fax: (718) 246-2903 |
| BROOKLYN, NEW YORK 11241 | Email: mh@michaelhueston.com |

September 4, 2024

**BY ECF**
The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 15C
New York, New York 10007

> REQUEST GRANTED.
> The Court approves the modification to Ms. Siegel's bond conditions as proposed.
> 9/5/2024
> SO ORDERED.
> /s/ Lewis J. Liman
> LEWIS J. LIMAN
> United States District Judge

Re:  *United States v. Siegel*, 23 Cr. 207 (LJL)

Your Honor:

    I request that defendant Danielle Siegel's bond conditions be modified to permit her to travel and stay, as needed and approved by Pretrial Services, in the District of Connecticut, specifically at the home of Michelle Widdows, who is a surety in the case. The government and pretrial services consent to this permanent modification.  All other bail conditions will remain in place.

    Ms. Siegel is presently subject to a $250,000 bond secured by three co-signers; travel restrictions to the Eastern and Southern Districts of New York, the District of New Jersey and the Western District of Texas (where she resides) with permission to travel to all points in between for court appearances, and additional conditions. *See* Doc. Nos. 5, 12, 49, and 53.

    The modification is necessary so that Ms. Siegel can appear at her sentencing on September 13, 2024. I previously provided Ms. Widdows' address and contact information to the government and Pretrial Services.

    Accordingly, we request that Ms. Siegel's bond conditions be modified to permit her to travel and stay, as needed and approved by Pretrial Services, in the District of Connecticut, in addition to her current conditions.

                                                  Respectfully,

                                                  /s/ Michael Hueston

cc:    Counsel of Record
        Pretrial Services