UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                          :
:
-v-                                                :         23-CR-207 (LJL)
:
DANIELLE SIEGEL,                                   :         ORDER
:
Defendant.                                :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Court has received the attached request from the Nassau County Probation Department requesting a copy of the presentence report in this case. The parties are ordered to show cause by no later than January 29, 2025, why the Court should not honor the request of the Nassau County Probation Department.

SO ORDERED.

Dated: January 22, 2025
       New York, New York

                                            LEWIS J. LIMAN
                                        United States District Judge



BRUCE A. BLAKEMAN
NASSAU COUNTY EXECUTIVE

JOHN PLACKIS
DIRECTOR

## Nassau County Probation Department

400 County Seat dr. Mineola NY 11501

To: Honorable Lewis J Liman

Re: Danielle Siegel

Case# 1:23-cr-00207-LJL-1

    Ms. Siegel is known to Nassau County Probation under the name Danielle Cohen. She was sentenced to 3 years Probation by the Honorable Robert Schwartz, Nassau County County Court, on 11/4/24 under Docket SCI 72840-24. When Ms. Cohen was sentenced by the Nassau County Court, a Pre-Sentence Investigation was not completed. I am reaching out to request a copy of the Pre-Sentence Investigation completed by your Court.

    Please email a copy of the Pre-Sentence Investigation to LSANTOIEMMA@NASSAUCOUNTYNY.GOV. If you have any questions, I can be reached Monday through Friday from 9 AM-445 PM at 516 571 2309. The best way to reach me is email.

    Thank You in advance for your assistance.

*Lisa Santoiemma* (signature)

Lisa Santoiemma

Senior Probation Officer

Nassau County Probation Department

400 County Seat Drive Mineola NY 11501

Office # 516 571 2309

Email LSANTOIEMMA@NASSAUCOUNTYNY.GOV