# MICHAEL HUESTON
### ATTORNEY AT LAW

26 COURT STREET  
SUITE 1504  
BROOKLYN, NEW YORK 11242

Tel: (718) 246-2900  
Fax: (718) 246-2903  
Email: mh@michaelhueston.com

ADMITTED NY

January 29, 2025

**REQUEST GRANTED.**

1/30/2025  SO ORDERED.

LEWIS J. LIMAN  
United States District Judge

**By ECF**  
The Honorable Lewis J. Liman  
United States District Court  
Southern District of New York  
500 Pearl Street, Room 15C  
New York, New York 10007

Re:   *United States v. Siegel*, 23 Cr. 207 (LJL)

Your Honor:

I represent Danielle Siegel. I have received the Court's January 22, 2025, order to show cause by no later than January 29, 2025, why the Court should not honor the request of the Nassau County Probation Department to provide it with a copy of the presentence report in this case.

On behalf of the parties, I request that the Court extend the deadline from today to February 5, 2025. I have contacted Mr. Siegel, who is incarcerated, to see if she has any objection to providing the report to the Nassau County Probation Department. I am awaiting a letter from her.

We appreciate the Court's consideration of this application.

Respectfully,

/s/ Michael Hueston

Cc: Counsel of Record