# MICHAEL HUESTON
### ATTORNEY AT LAW

| | |
|---|---|
| 26 COURT STREET | Tel: (718) 246-2900 |
| SUITE 1504 | Fax: (718) 246-2903 |
| BROOKLYN, NEW YORK 11242 | Email: mh@michaelhueston.com |

ADMITTED NY

February 5, 2025

**By ECF**
The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 15C
New York, New York 10007

> **MEMO ENDORSEMENT.**
> The motion for an extension is denied. Having heard no timely objection, the Court will provide a copy of the presentence report unsealed to the Nassau County Probation Department with the direction that the presentence report be kept confidential.
> 2/6/2025   SO ORDERED.
> /s/ LEWIS J. LIMAN
> United States District Judge

Re:   *United States v. Siegel*, 23 Cr. 207 (LJL)

Your Honor:

    I represent Danielle Siegel in the above-referenced matter. At the parties' request, the Court previously extended the deadline to respond to its January 22, 2025, order to show cause regarding the Nassau County Probation Department's request for a copy of the presentence report, moving the deadline from January 29, 2025, to February 5, 2025.

    On behalf of Ms. Siegel, I respectfully request a further extension of this deadline to February 12, 2025. I have contacted Ms. Siegel, who is currently incarcerated, to determine whether she has any objections to providing the report to the Nassau County Probation Department. I am still awaiting a written response from her. I reached out to the government about its position this evening, but have not heard back if it has any objection.

    I appreciate the Court's consideration of this application.

Respectfully,

/s/ Michael Hueston

Cc: Counsel of Record