# MICHAEL HUESTON
### ATTORNEY AT LAW

26 COURT STREET  
SUITE 1504  
BROOKLYN, NEW YORK 11242

Tel: (718) 246-2900  
Fax: (718) 246-2903  
Email: mh@michaelhueston.com

ADMITTED NY

March 10, 2025

**By ECF**
The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 15C
New York, New York 10007

> REQUEST GRANTED.
> Pretrial services is directed to return Ms. Siegel's passport to her.
>
> 3/11/2025   SO ORDERED.
> /s/ Lewis J. Liman
> LEWIS J. LIMAN
> United States District Judge

Re:   *United States v. Siegel*, 23 Cr. 207 (LJL)

Your Honor:

    I request that the Court direct Pretrial Services for the Southern District of New York to release Ms. Danielle Siegel's passport to her.

    Ms. Siegel has served her sentence of incarceration.

    Pretrial Services requires an order to return Ms. Siegel's passport to her, or the office will likely send the passport to the Department of State for destruction.

Respectfully,

/s/ Michael Hueston

Cc:   Counsel of Record
      U.S. Probation and Pretrial Services,
      Southern District of New York